CO-386
10/2018

# United States District Court
# For the District of Columbia

AMERICAN IMMIGRATION COUNCIL,　　　　)
1331 G Street, NW, Suite 200　　　　　　　　)
Washington, DC 20005　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　Plaintiff　　　)　　　Civil Action No._____
　　　　　　　VS　　　　　　　　　　　　　)
U.S. DEPARTMENT OF HOMELAND SECURITY,　)
Privacy Office; U.S. CUSTOMS AND BORDER　)
PROTECTION; U.S. IMMIGRATION AND CUSTOMS　)
ENFORCEMENT　　　　　　　　　　　　　　)
　　　　　　　　　　　　　Defendant　　)

### CERTIFICATE RULE LCvR 26.1

I, the undersigned, counsel of record for __American Immigration Council____ certify that to the best of my knowledge and

belief, the following are parent companies, subsidiaries or affiliates of __American Immigration Council_____ which have

any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

**/s/ Emily Creighton**
_____
Signature

__1009922_____
BAR IDENTIFICATION NO.

Emily Creighton_____
Print Name

1331 G St. NW, Suite 200_____
Address

Washington, DC_____20005_____
City　　　　　　　State　　　　　Zip Code

202-507-7514_____
Phone Number